UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0191

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| LARRY BENNETT, JR. | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute a Controlled |
| | ) Substance |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 27, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**LARRY BENNETT, JR.**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Glock, Model 21, .45 caliber pistol and HS Produkt (Springfield Armory), Model XD40, .40 caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about January 27, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### LARRY BENNETT, JR.,

did knowingly possess a firearm, to wit, a pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 3 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
*Possession with Intent to Distribute a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about January 27, 2020, in Chatham County, in the Southern District of Georgia, the defendant,

## LARRY BENNETT, JR.,

did knowingly and intentionally possess with the intent to distribute a controlled substance, to wit: alprazolam, a Schedule IV controlled substance; oxycodone, a Schedule II controlled substance; promethazine with codeine, a Schedule V controlled substance; and marihuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

Before **LARRY BENNETT, JR.** committed the offense charged in this count, he had the following final conviction for a felony drug offense, namely, Possession of a Controlled Substance in Chatham County, Georgia, Superior Court, case number 16-CR-1027J5, in violation of O.C.G.A. § 16-13-30(a).

## FORFEITURE ALLEGATIONS

The allegations contained in Count One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One and Two of this Indictment, the defendant, **LARRY BENNETT, JR.**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a HS Produkt (Springfield Armory), Model XD40, .40 caliber pistol, S/N X0577931 and ammunition.

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division